# UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| JUAN E. VELA, *et. al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| RONALD WINDHAM, *et. al.*, | § | |
| DAVID HERRING, *et. al.*, | § | CIVIL ACTION H-97-3471 |
| GORDON MCILVAIN, *et. al.*, | § | |
| | § | |
| Intervenors, | § | |
| *versus* | § | |
| | § | |
| THE CITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

AUG 0 6 1999

Michael N. Milby, Clerk of Court

|  |  |  |
|---|---|---|
| PHILIP E. DALEY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | CIVIL ACTION H-99-1153 |
| | § | |
| CITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

## Order of Consolidation

On the City of Houston's oral motion, these cases are consolidated into the senior civil action. The case subsumed in the senior case by consolidation ceases to have an independent identity. The unified case will pend as Civil Action H-97-3471, *Juan E. Vela, et al., v. The City of Houston.* Use only this style and number.

Signed August ___5___, 1999, at Houston, Texas.

Lynn N. Hughes
United States District Judge

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By_____
Deputy Clerk